UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

THE HOME T. LLC,

    Defendant.

ECF CASE

No.: 1:20-cv-05425-ARR-LB

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J.
1/7/21

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: January 6, 2021
       New York, New York

                s/ Christopher H. Lowe
                Christopher H. Lowe
                LIPSKY LOWE LLP
                420 Lexington Avenue, Suite 1830
                New York, New York 10170-1830
                chris@lipskylowe.com
                212.392.4772
                *Attorneys for Plaintiff*